CATHERINE TAYLOR, Respondent, *v.* WASHINGTON H. TAYLOR, Appellant.

Reported below, 63 App. Div. 231.
(Submitted January 6, 1902; decided January 14, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 12, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the judgment is not appealable to the Court of Appeals, it having been entered upon a decree of the Special Term and having been unanimously affirmed by the Appellate Division, no permission to appeal having been granted nor questions certified to this court for review, and the defendant's exceptions are frivolous.

*Alexander S. Bacon* for motion.

*Cantwell & Moore* opposed.

Motion denied, without costs.